UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>    v.<br><br>JESUS HUMBERTO CARDENAS-NAVA aka CARLOS DANIEL GONZALEZ-GARCIA,<br><br>        Defendant/Petitioner. | 1:04-CR-05278 OWW<br><br>ORDER DENYING PETITIONER'S SECOND MOTION TO GRANT POLITICAL ASYLUM |

Petitioner Jesus Humberto Cardenas-Nava, also known as Carlos Daniel Gonzalez-Garcia ("Petitioner"), proceeding *in pro per*, filed a motion for political asylum on October 4, 2010. By memorandum decision and order dated October 14, 2010, Petitioner's motion for political asylum was denied because (1) political asylum was not a component of Petitioner's plea agreement and (2) the court does not have authority to grant political asylum to Petitioner. Petitioner filed the same motion for political asylum again on February 15, 2011. For the reasons stated in the memorandum decision and order denying Petitioner's original motion for political asylum, petitioner's second motion for political asylum is DENIED. Petitioner will not file any additional petitions on this subject.

IT SO ORDERED

Dated: February 25, 2011

                                         Oliver W. Wanger<br>
                                 United States District Judge