**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br><br>    v.<br><br>JESUS HUMBERTO CARDENAS-NAVA aka CARLOS DANIEL GONZALEZ-GARCIA,<br>Defendant/Petitioner. | 1:04-cr-05278-OWW<br><br>ORDER DENYING MOTION TO REOPEN CASE (Doc. 379) |

On May 2, 2011, Jesus Humberto Cardenas-Nava ("Petitioner") sent a letter to the court seeking political asylum, re-sentencing, enlargement of time to file an appeal, appointment of counsel, and the re-opening his case. The court docketed Petitioner's letter as a motion. (Doc. 379).

Petitioner previously sought the same type of relief requested in his letter in a motion filed on October 4, 2010. (Doc. 374). The court denied Petitioner's motion in a Memorandum Decision and Order entered on October 14, 2010. (Doc. 375). As the Memorandum Decision advised Plaintiff, the court may not grant Petitioner any of the relief he seeks:

> Pursuant to the Plea Agreement, Petitioner waived his right to appeal and his right to collaterally attack his conviction or sentence pursuant to 28 U.S.C. §§ 2241 or 2255...
>
> Political asylum is governed by 8 U.S.C. § 1158 and 8

1

1  U.S.C. § 1225(b) and is determined by the Secretary of
2  Homeland Security or the Attorney General of the United
   States. This Court has no authority to grant political
3  asylum to Petitioner. Because political asylum was not
   part of Petitioner's plea agreement and cannot be part of
4  the sentence imposed by the Court, this Court has no
   legal basis to hear or consider Petitioner's motion.

(Doc. 375 at 2-4).

To the extent Petitioner has any legally tenable claims, he must assert them in accordance with applicable statutes.  Letters addressed to the court are not sufficient.

**ORDER**

For the reasons stated, IT IS ORDERED:

1) Petitioner's motion is DENIED; and

2) The clerk of court is DIRECTED to re-serve on Petitioner a copy of the Memorandum Decision entered October 14, 2010. (Doc. 375).

IT IS SO ORDERED.

**Dated:   May 11, 2011**            /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE